Filing # 62471538 E-Filed 10/05/2017 04:20:05 PM

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO:

JOHN MORGAN KERR and SUSAN KERR,
Husband and Wife

    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.
/

## COMPLAINT

Plaintiffs, JOHN MORGAN KERR and SUSAN KERR, husband and wife, by and through theior undersigned counsel, sue Defendant, STATE FARM MUTUAL AUTOMOBILE COMPANY (hereinafter "State Farm"), for damages and allege as follows:

1. This is an action for damages arising from a breach of contract of uninsured/underinsured motorist coverage in excess of Fifteen Thousand and 00/100 Dollars ($15,000.00) exclusive of costs, interest and attorney's fees, and is within the jurisdiction of this Court.

2. At all times material hereto, Defendant STATE FARM, was and is an insurance company licensed to do and in fact doing business in the State of Florida selling insurance policies, including those containing coverage for uninsured/underinsured motorist coverage. On information and belief, Defendant maintained offices for selling automobile insurance in Orange County, Florida



EXHIBIT A

3. At all times material hereto, Defendant, STATE FARM, insured Plaintiff, JOHN MORGAN KERR (hereinafter "Kerr"), through a policy of automobile insurance under policy number D813-452-59M containing uninsured motorist coverage. KERR is the named insured on the policy.

4. At all times material hereto, KERR, was a resident of Orlando, Orange County, Florida, over the age of eighteen, sui juris in all other respects and was an insured under a policy of motor vehicle insurance issued by the Defendant, STATE FARM.

5. Plaintiff has complied with all conditions precedent for recovering uninsured/underinsured motorist benefits under the above policy and the Defendant has failed to provide uninsured motorist benefits to the plaintiff herein.

COUNT I CLAIM FOR UNINSURED/UNDERINSURED MOTORIST BENEFITS

6. Plaintiff re-alleges paragraphs 1 through 5 above.

7. Plaintiff is entitled to uninsured/underinsured motorist benefits under the policy of insurance referenced herein based upon the following facts and circumstances giving rise to the coverage:

   a. On or about February 29, 2016, Kystain Locurto negligently operated or maintained her motor vehicle at Cygnus Drive, in Orlando, Orange County, Florida, so that it collided with Plaintiff Kerr's motor vehicle.

   b. At all times material, Kystain Locurto was uninsured or underinsured for the accident referred to above and resulting damages sustained by Plaintiff herein.

   c. As a result, Plaintiff, Kerr, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are permanent and continuing and Plaintiff will suffer the losses in the future. Plaintiff has sustained a permanent injury within a reasonable degree of medical probability.

8. Plaintiff KERR made demand upon Defendant STATE FARM to provide uninsured/underinsured motorist benefits.

9. Defendant STATE FARM refused and continues to refuse to provide any uninsured/underinsured motorist benefits under the policy referenced above despite repeated demands for same.

10. Defendant STATE FARM breached the contract of insurance that provided uninsured/underinsured motorist benefits and such breach directly and proximately caused Plaintiff KERR'S damages.

11. As a result of Defendant's breach of the uninsured/underinsured motorist conditions of the insurance policy herein at issue, Plaintiff has been damaged by not receiving compensation for his personal injuries as alleged above under the terms of the insurance policies.

11. A copy of the insurance policy which is the subject of the lawsuit is not attached as a complete copy of the policy is not in the possession of the Plaintiff. It is believed Defendant STATE FARM maintains possession of a copy of the policy and knows the terms and conditions of the insurance contract with the Plaintiff KERR.

COUNT II LOSS OF CONSORTIUM OF SUSAN KERR

12. Plaintiff re-alleges paragraphs 1 through 7 above.

13 Plaintiff SUSAN KERR, has lost the consortium of her husband JOHN MORGAN KERR, and the care and comfort of his society.

WHEREFORE, Plaintiffs demands judgment against the Defendant, STATE FARM, for damages, together with costs and interest, and demands trial by jury on all issues so triable.

DATED this 4 day of OCT, 2017.

_____
Chadwick J. Lawrence, Esq.
The Lawrence Law Firm
920 West Emmett
Kissimmee, Florida, 34741
(407) 933-1007
Florida Bar No.: 0699616
Attorney for Plaintiff
Primary email: chad.lawrence@thelawrencelawfirm.com.
Secondary email: rbatiz456@gmail.com