UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN MORGAN KERR,             CASE NO: 6:17-cv-02151-PGB-GJK
AND SUSAN KERR,

        Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its undersigned counsel, hereby notifies the Court that the parties, JOHN MORGAN KERR, AND SUSAN KERR (Plaintiffs) and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (Defendants) have reached a settlement in this matter for a mutually agreeable resolution of all claims between Plaintiffs and STATE FARM, and as soon as settlement payment is made and documents finalized the Parties will file a Joint Stipulation and Motion for Dismissal.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of January, 2019, I electronically filed the foregoing with the Clerk of the Courts by using CM/ECF Portal and a correct copy of the foregoing has been furnished by e-mail to Chadwick J. Lawrence, Esq., The

Lawrence Law Firm, 920 West Emmett, Kissimmee, FL 34741 (clawrence1980@gmail.com and rbatiz456@gmail.com).

/s/ *Min Eus Cpn*
DALE T. GOBEL
FL Bar Number 980439
MICHELLE EVANS CONCEPCION
FL Bar Number 027627
GOBEL FLAKES, LLC
189 South Orange Avenue, Suite 1430
Orlando, FL 32801
dgobel@gobelflakes.com
mconcepcion@gobelflakes.com
sbrooks@gobelflakes.com
Telephone: (407) 455-5165
Facsimile:  (407) 455-5166
Attorneys for Defendant